UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CULLEN M. HANKERSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAKEWOOD POLICE DEPT., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C09-5306RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation [Dkt. #21], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915;

(3) Plaintiff's claims and causes of action are dismissed, and;

(4) The Clerk is directed to send copies of this Order to the parties.

DATED this 23rd day of October, 2009.

　　　　　　　　　　　　　　　　_/s/ Ronald B. Leighton_
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1