# United States District Court

WESTERN DISTRICT OF WASHINGTON

CULLEN M. HANKERSON

v.

LAKEWOOD POLICE DEPT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5306RBL

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C § 1915; and

Plaintiff's claims and causes of action are dismissed.

| | |
|---|---|
| October 27, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |