| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CULLEN M. HANKERSON,<br><br>           Plaintiff,<br><br>      v.<br><br>PIERCE COUNTY CORRECTIONAL CENTER, et al.,<br><br>           Defendants. | Case No. C09-5306RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Reconsideration [Dkt. #25]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff seeks reconsideration of this Court's Order Adopting the Magistrate Judge's Report and Recommendation dismissing his case. Under Local Rule 7(h), motions for reconsideration are "disfavored[]" and "will ordinarily be den[ied] in the absence of a showing of manifest error . . . or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." This standard has not been met in this case. Plaintiff's Motion for Reconsideration is **DENIED.**

**IT IS SO ORDERED.**

ORDER
Page - 1

1 | The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2 | appearing pro se.

Dated this 12th day of November, 2009.

　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE